# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER HOUSER and CANDICE LIVERMAN,<br><br>    *Defendants.* | CRIMINAL ACTION NO.<br>5:22-cr-00015-TES-CHW |

## ORDER GRANTING UNOPPOSED MOTIONS TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court are the Unopposed Motions for Continuance filed by the Government and Defendant Christopher Houser. [Doc. 24]; [Doc. 25]. On March 9, 2022, the Government obtained a six-count indictment charging Defendant Houser in Count One with possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); in Count Two with conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846; in Count Three with possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi); in Counts Four and Five with possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii); and in Count Six with one count of possession of a firearm

in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A). [Doc. 1]. The indictment charged Defendant Candice Liverman in Count Two only. [Doc. 1].

On April 14, 2022, Defendant Houser made an initial appearance, and the magistrate judge appointed the Federal Defenders of the Middle District of Georgia, Inc. to represent him. [Doc. 9]; [Doc. 10]. Defendant Houser pled "Not Guilty," [Doc. 14], and the Government provided discovery to Defendant Houser on April 19, 2022. Defendant Liverman was arrested in the Eastern District of North Carolina on May 31, 2022, and appeared in that district on June 2, 2022. [Doc. 21].

The Government seeks a continuance to permit Defendants the opportunity to review discovery, to prepare an effective defense, to fully prepare for trial with their appointed counsel, to afford Defendants an opportunity for meaningful investigation of the case, and to discuss a possible resolution with counsel for the Government.

Accordingly, the Court **GRANTS** the Government's and Defendant Houser's Unopposed Motions to Continue [Doc. 24]; [Doc. 25], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—October 11, 2022. See 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 6th day of July, 2022.

                                            S/ Tilman E. Self, III
                                            **TILMAN E. SELF, III, JUDGE**
                                            **UNITED STATES DISTRICT COURT**