# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHRISTOPHER HOUSER,** *et al.*,<br><br>*Defendants.* | **CRIMINAL ACTION NO.**<br>**5:22-cr-00015-TES-CHW-1** |

## ORDER DENYING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion for Continuance filed by the Government. [Doc. 56]. On March 8, 2022, the Government obtained a six-count indictment charging Defendant Houser in Count One with possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi); in Count Two with conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; in Count Three with possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi); in Counts Four and Five with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); and in Count Six with one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i). [Doc. 1].

On April 14, 2022, Defendant Houser made an initial appearance, and the magistrate judge appointed the Federal Defenders of the Middle District of Georgia, Inc., to represent him. [Doc. 9]; [Doc. 10]. Defendant Houser pled "Not Guilty," [Doc. 14], and the Government provided discovery to Defendant Houser on April 19, 2022.

The Court has granted four previous motions to continue. [Doc. 20]; [Doc. 27]; [Doc. 44]; [Doc. 46]. This would be the fifth. [Doc. 56]. Following emails between the Court and both parties, counsel for Defendant stated that she believes Defendant is in a position of announcing ready for trial.

Accordingly, the Court **DENIES** the Unopposed Motion to Continue. [Doc. 56]. This case and its pretrial conference shall remain scheduled for the Court's February trial term.

**SO ORDERED**, this 13th day of January, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**