# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 5:22-CR-00015-001 |
| Christopher Houser | ) |
| | ) USM No: 91945-509 |
| Date of Original Judgment: 05/12/2023 | ) |
| Date of Previous Amended Judgment: N/A | ) Catherine M. Williams |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  262  months **is reduced to**  235 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Christopher Houser was originally sentenced on May 2, 2023, to a total imprisonment term of 262 months and a total term of supervised release of 3 years, for the offenses of Possession with Intent to Distribute Controlled Substances and Unlawful Use of a Communication Facility. His Total Offense Level was determined to be 37 with a Criminal History Category III, and an aggregate guideline imprisonment range of 262 to 288 months. He presently has a projected release date of November 21, 2041.

Based on Part A of Amendment 821 of the *United States Sentencing Guidelines*, which eliminated "status points" for being under a criminal justice sentence at the time of the instant offense for defendants with six or less criminal history points, the defendant is eligible for a reduction in his criminal history score. Such reduction would result in a Criminal History Category II. Based on a Total Offense Level 37 and a Criminal History Category II, the aggregate guideline imprisonment range will be 235 to 288 months.

The government agrees the defendant is eligible for relief. Therefore, the Court grants the sentence reduction, and the new imprisonment sentence imposed would be reduced to 235 months.

Except as otherwise provided, all provisions of the judgment dated  05/12/2023  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: January 19, 2024 | s/Tilman E. Self, III |
| | *Judge's signature* |
| Effective Date: February 1, 2024 | Tilman E. Self, III, U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |